AUSA Barrington Wilkins, (313) 226-9100
Special Agent Shannon Hamm, ATF (313) 202-3450

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
LAMONT MALCOMB SAPP

Case: 2:13-mj-30371
Judge: Unassigned,
Filed: 06-13-2013 At 04:27 PM
CMP: USA v LAMONT SAPP (FMM)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 12, 2013__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a firearm |
| 26 U.S.C. Section 5861(d) | Possession of an Unregistered NFA Firearm |

This criminal complaint is based on these facts:
See Attached Affidvait in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Shannon Hamm, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: June 13, 2013

City and state: Detroit, MI

_____
Judge's signature

Hon. David R. Grand, U.S. Magistrate Judge
Printed name and title

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shannon L. Hamm, being duly sworn, do hereby state the following:

INTRODUCTION

1. I am a Special Agent for the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) of the U.S. Department of Justice (DOJ) and have been so employed since 2012. I'm currently assigned to the ATF Detroit Field Division. Prior, I was a Special Agent with the National Aeronautics and Space Administration (NASA) Office of the Inspector General (OIG) and a police officer/detective with the Metropolitan Nashville Police Department. I have both a bachelor's and master's degree in criminal justice. I have been involved in numerous investigations involving violations of firearms laws, resulting in the arrest of numerous criminal defendants and the seizure of illegal firearms.

2. The statements contained in this affidavit are based on my own investigation, my training and experience as a law enforcement agent, as well as information provided to me by and/or through other law enforcement agents, investigators and individuals with knowledge of this matter, during the course of my investigation, and through review of documents. This affidavit summarizes such information but does not provide each and every detail known by your affiant regarding this investigation; rather it provides information necessary to establish probable cause.

3. I am currently investigating Lamont Malcomb SAPP, DOB XX/XX/1965, for violations of federal firearms laws. .

INVESTIGATION AND PROBABLE CAUSE

4. On June 12, 2013, police officers of the Grosse Pointe Park, Michigan Department of Public Safety responded to a call for service involving a man and woman in a disturbance near the intersection of Beaconsfield Avenue and Jefferson Avenue in Grosse Pointe Park, Michigan. Upon arrival, the man, later identified as Lamont Malcomb SAPP, was taken into custody after being found to be the aggressor in a domestic dispute. According to the victim, SAPP physically assaulted her during the incident.

5. Police officers identified several witnesses that observed the aforementioned incident. One witness observed SAPP brandish two (2) firearms from a black bag he was carrying, and threaten to kill the victim.

6. An area search for evidence revealed a black backpack outside of a service station located at the intersection of Beaconsfield Avenue and Jefferson Avenue. The backpack contained two (2) handguns and one (1) shotgun. Along with the firearms, police discovered checkbooks in SAPP's name and other items. One handgun was a Ruger .357 caliber revolver, serial number

34-66013. The shotgun was a J. Stevens Arms Company model, in 20 gauge caliber, serial number 51062. Measurements of the shotgun indicated the overall length of the shotgun was eighteen (18) inches and the barrel was twelve (12) inches in length. The shotgun appears to have been manually altered at the stock and barrel to this shortened configuration, which is commonly called a "sawed off shotgun" and known in the National Firearms Act (NFA) as a weapon made from a shotgun.

7. On June 13, 2013, a criminal history query of Lamont Malcomb SAPP (B/M, DOB XX/XX/1965) revealed multiple felony convictions. The felony convictions include a 1984 conviction for Attempt-Felony Weapons-Carrying Concealed, a 1985 conviction for Felony Firearm, a 1986 conviction for Weapons-Carrying Concealed, and a 1986 conviction for Homicide/Murder-Second Degree.

8. On June 13, 2013, ATF Industry Operations Investigator (IOI) Sandra Lecznar queried the database for National Firearms Act (NFA) registered firearms and found no NFA firearms are registered to Lamont Malcomb SAPP.

9. On June 13, 2013, Special Agent Terry Schimke, an Interstate Nexus Expert, reviewed the history of the Ruger .357 caliber revolver, bearing serial number 34-66013, and indicated that this firearm was manufactured outside the State of Michigan, thus had traveled in or affected foreign or interstate commerce.

## CONCLUSION

10. Based on the foregoing, I believe that there is probable cause to believe that Lamont Malcomb SAPP has committed the crimes of felon in possession of a firearm and possession of an unregistered National Firearms Act (NFA) firearm, contrary to Title 18, United States Code, Section 922(g)(1) and Title 26, United States Code, Section 5861(d).

Shannon L. Hamm, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to before me
this __13__ day of June, 2013.

Honorable David R. Grand
United States Magistrate Judge