case # 1339-0614-3638-J

AO 442 (Rev. 01/09) Arrest Warrant

AUSA Barrington Wilkins, (313) 226-9100
Special Agent Shannon Hamm, ATF (313) 202-3450

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
LAMONT MALCOMB SAPP

Case: 2:13-mj-30371
Judge: Unassigned,
Filed: 06-13-2013 At 04:27 PM
CMP: USA v LAMONT SAPP (FMM)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **LAMONT MALCOMB SAPP**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See Attached Affidavit

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
Deputy

**DAVID R. GRAND**

Date: June 13, 2013

*Issuing officer's signature*

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-13-13, and the person was arrested on *(date)* 6-14-13
at *(city and state)* GROSSE POINTE PARK, MI.

Date: 6-14-13

*Arresting officer's signature*

SHANNON HAMM SPECIAL AGENT
*Printed name and title*

Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA