UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                                                                     CRIMINAL NO. 13-30371

v.

**D-1** LAMONT SAPP,

        Defendant.
_____/

## ORDER GRANTING LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

     This matter coming before the Court on the government's motion, with notice having been provided to the defense, for the reasons stated in the government's motion, the Court grants the government leave to dismiss the complaint against defendants LAMONT SAPP. Accordingly, it is hereby ordered that the complaint against that defendant be dismissed without prejudice, and that defendants' appearance bond, if any, and the order setting conditions of pretrial release be canceled.

                                                           s/Laurie J. Michelson
                                                           LAURIE J. MICHELSON
                                                           United States Magistrate Judge

Entered: June 28, 2013